■ ISIDORE TACHER, an Infant by His Guardian ad Litem, ARON TACHER, et al., Respondents, v. ISIDORE KARASOFF, Appellant.— Motion to dismiss appeal granted, without costs, and appeal dismissed. The judgment appealed from was entered after an inquest. No appeal lies therefrom (Consumers Ind. v. ABC Insulation Co., 285 App. Div. 1176). Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.

■ YORKTOWN HOMES, INC., Appellant, v. COUNTY OF WESTCHESTER et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.

■ GLADYS P. BROWER, Respondent, v. KENNETH T. STABLER, Appellant. — In an action to recover damages for personal injuries, the appeal is from so much of an order as conditionally grants appellant's motion to dismiss the complaint for respondent's willful failure to testify at an examination before trial, pursuant to notice under section 299 of the Civil Practice Act. Order insofar as appealed from affirmed, with $10 costs and disbursements. Section 299 is discretionary. The record presents no reason to interfere with the exercise of the discretion of the Special Term. (Kallus v. Sadacca, 6 A D 2d 815.) The examination is to proceed on a date to be fixed in the order entered hereon. Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur. Settle order on notice.